IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LAWRENCE DRUMMOND**                                                          **PLAINTIFF**

VS.                                        **CIVIL ACTION NO.: 3:17-cv-00132-GHD-RP**

**WILLIS MCNEIL and CITY OF HOLLY SPRINGS, MISSISSIPPI**                                 **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announce to the Court a confidential settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties and claims, with the parties to bear their own costs and attorney's fees. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED this the 27 day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM AND CONTENT:

/s/ Brandon Flechas                               /s/ Jason T. Marsh
BRANDON FLECHAS.                           JASON T. MARSH

*ATTORNEY FOR PLAINTIFF*                *ATTORNEY FOR DEFENDANTS*